

3/15/22, 11:39 AM 0 (720×1560)



https://mail-attachment.googleusercontent.com/attachment/u/0/?ui=2&ik=aae3b97dee&view=att&th=17cf1f7bc7a437f5&attid=0.2&disp=inline&realattid... 1/1

Case 1:22-cv-00587-WO-JEP Document 2-1 Filed 07/27/22 Page 2 of 17









 Gmail

Nameros Ford <fordnameros9@gmail.com>

## Appeals docket #: 21-LA-080642 determination
1 message

**Nameros Ford** <fordnameros9@gmail.com>  
To: stephen.mccracken@nccommerce.com

Fri, Nov 5, 2021 at 5:18 PM

Hello Mr. Stephen McCracken,

I'm contacting you pertaining my appeals determination. I tried reaching back out to Mr. James Price but had no response. I feel as though my determination is unfair with the fact that I have been reaching out since the same day as the appeals interview. Please give me a call at (984) 233-8340. I look forward to speaking with you soon.

Sincerely,  
Nameros Ford

---

**13 attachments**


**Screenshot_20211103-091608.png**  
72K


**Screenshot_20211103-091635.png**  
62K


**Screenshot_20211105-170935.png**  
194K

**Screenshot_20211103-091617.png**  
74K





**Screenshot_20211105-170959.png**
251K



**Screenshot_20211105-170911.png**
164K



**Screenshot_20211105-170842.png**
114K



**Screenshot_20211105-170828.png**
141K

**Screenshot_20211105-170836.png**
142K



**Nameros Ford <fordnameros9@gmail.com>**

## Appeals meeting
5 messages

**Nameros Ford** <fordnameros9@gmail.com>  Mon, Nov 1, 2021 at 1:47 PM
To: jim.price@nccommerce.com

Hello Mr. James Price,

My name is Nameros Ford, my docket number is 9247923. I was emailing you in reference to a missed appeals meeting. I've been trying to call you since Friday. If you would please give me a call at (984) 233-8340 I would greatly appreciate it or you can reach me by email at fordnameros9@gmail.com. I hope to hear from you soon.

Sincerely,
Nameros Ford

---

**Price, James** <jim.price@nccommerce.com>  Mon, Nov 1, 2021 at 2:38 PM
To: Nameros Ford <fordnameros9@gmail.com>

Mr. Ford,

Your case is in queue for dismissal.

Please reply today with an explanation why you missed the hearing.

If there is good cause to continue your hearing to another date I will pull it and reschedule it. Otherwise the appeal will be dismissed. If your appeal is dismissed, you can appeal to the Board of Review as provided in the Decision Letter.

Thank you

James Price   (he/his/him - not "Jim")

Appeals Referee

North Carolina Department of Commerce

Division of Employment Security



**NC DEPARTMENT**
*of* **COMMERCE**
EMPLOYMENT SECURITY

984 236 6026    office

jim.price@nccommerce.com

PO Box 25903

Raleigh, NC 27611-5903

*Email correspondence to and from this address is subject to the*

*North Carolina Public Records Law and may be disclosed to third parties.*

**From:** Nameros Ford <fordnameros9@gmail.com>
**Sent:** Monday, November 1, 2021 1:48 PM
**To:** Price, James <jim.price@nccommerce.com>
**Subject:** [External] Appeals meeting

CAUTION: External email. Do not click links or open attachments unless you verify. Send all suspicious email as an attachment to Report Spam.

[Quoted text hidden]

---

**Nameros Ford** <fordnameros9@gmail.com>                                                                  Mon, Nov 1, 2021 at 3:37 PM
To: "Price, James" <jim.price@nccommerce.com>

My phone wasn't on at the time and I had just finished resetting it after I paid my phone bill
[Quoted text hidden]

**2 attachments**


image001.png
33K


image001.png
33K

---

**Nameros Ford** <fordnameros9@gmail.com>                                                                 Tue, Nov 2, 2021 at 10:18 AM
To: "Price, James" <jim.price@nccommerce.com>

Please give me a call at (984)233-8340. I've been trying to pay my rent and bills dealing with the court system for an entire year. I haven't been able to get proper work because of lack of transportation. I also have a lot of supporting documents to prove these statements

On Mon, Nov 1, 2021, 2:38 PM Price, James <jim.price@nccommerce.com> wrote:
[Quoted text hidden]

---

**2 attachments**


image001.png
33K


image001.png
33K

---

**Nameros Ford** <fordnameros9@gmail.com>                                                                       Tue, Nov 2, 2021 at 10:19 AM
To: "Price, James" <jim.price@nccommerce.com>

I don't have data on my phone to check my emails without wifi so calling me would be the best way to contact me.

On Mon, Nov 1, 2021, 2:38 PM Price, James <jim.price@nccommerce.com> wrote:
[Quoted text hidden]

---

**2 attachments**


image001.png
33K


image001.png
33K

  **North Carolina Department of Commerce**
Division of Employment Security
Appeals Section

30856431

IN THE MATTER OF: APPEALS DOCKET NO. 21-LA-080642

Claimant

Nameros Ford
410 Apt. A West Meadowview Road
Greensboro, NC 27406

Mail Date: 11/02/2021

## ORDER FOR DISMISSAL

THIS MATTER coming on before Appeals Referee James Price on October 29, 2021 at 02:30 PM, NC DES Central Office, from North Carolina in the office of the Division of Employment Security.

Upon examination of the record it appearing:

1. That a notice of hearing was mailed to the appellant's last known mailing address by the Appeals Department of the Division of Employment Security; and,

2. That the notice of hearing has not been returned to the Appeals Department of the Division of Employment Security as being unclaimed. No request for a continuance has been made; and,

3. At the time for the regularly scheduled hearing, the undersigned Appeals Referee had not received a telephone questionnaire bearing a number where appellant could be called to initiate the hearing.

4. The appellant was telephoned at 984-233-8340 at 2:30 pm, 2:26 pm and 2:40 pm. At no time was the appellant available to initiate the hearing. The appellant later contacted the undersigned and stated his phone was not on or not operational during the time of the hearing. There was no record of a prior motion to continue, and the motion after the scheduled hearing was denied.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Claimant's appeal is dismissed and that the conclusion rendered under 9247923 is declared FINAL.

_James Price_
James Price
Appeals Referee

## APPEAL RIGHTS

This decision is the final decision of the Division unless within ten (10) days from the date it was mailed, the appealing party submits a clear, written statement containing the grounds for the appeal.

NC LLA 100_43.0.0



# North Carolina Department of Commerce
## Division of Employment Security
### Appeals Section

30856431

If such timely statement is not submitted, the appeal may be dismissed. If you were notified of this decision by mail, three (3) additional days will be added to the period to file a written appeal.

Appeals to this decision may be filed via the DES website by logging into your portal (des.nc.gov). For CLAIMANTS, go to the Determination History tab. Under Eligibility Determinations, select a determination and then Request Appeal. For EMPLOYERS, under Benefit Information, click Employer Appeal. Select a determination then Request Appeal.

Appeals may also be filed by email (des.ha.appeals@nccommerce.com), by fax (919.733.0690), and by mail (Appeals Clerk, Division of Employment Security, PO Box 28263, Raleigh NC 27611). When appealing by one of these methods, you must include your name, the Appeals Docket Number, the claimant's full name, and the last four digits of the claimant's Social Security Number.

SPECIAL NOTICE TO CLAIMANTS: If you were receiving or have previously received unemployment insurance benefits in connection with the underlying claim and this appeals decision rules you ineligible or disqualified for all or part of such benefits, you may now have an overpayment of benefits pursuant to G.S. 96-18(g)(2). If an overpayment is created by this appeals decision, you will be mailed a separate determination of overpayment from DES Benefits Integrity/Benefit Payment Control Section (which will specify, among other things, the amount of such overpayment and any applicable penalties). Please note that the only way you may contest such overpayment is to appeal this appeals decision and the resulting overpayment to the Board of Review in accordance with North Carolina law and DES rules.

Case 1:22-cv-00587-WO-JEP   Document 2-1   Filed 07/27/22   Page 13 of 17



Appeal Filed Summary

**Claimant Name** FORD, NAMEROS

**Claimant ID** 12952263

**Claimants SSN** 8780

**Employer Name**

**Employer Account #**

**Issue ID** 9247923

**Issue Description** Work and Earnings - Failure to Report-BID

**Date of Determination being appealed** 05/27/2021 07:00 PM

**Reason the appellant provided for the appeal** My unemployment was canceled due to fraud and I've been trying to contact des for the past 3 weeks unable to speak to a representative after being on hold for 2 hours. I'm currently at risk of being evicted and I was using my unemployment to pay my rent until I was able to find another job. I'm currently signed up through ncworks and have been for a year now. My phone is currently off and I'm unable to call and do follow ups with employers. I am however able to accept incoming calls. My phone number is (984) 233-8340 and my email is namerosford491@gmail.com.

**Appellant** Claimant

**Method of Filing** CSS

**Date and Time Stamp when appeal was filed** 06/14/2021 08:52 PM

  **North Carolina Department of Commerce**
**Division of Employment Security**
Unemployment Insurance

26341459

# New Hire Recall Confirmation

Mail Date: May 12, 2021
Claimant ID: 12952263
Claim effective date: March 15, 2020

NAMEROS FORD
410 APT. A WEST MEADOWVIEW ROAD
GREENSBORO, NC 27406

The National Directory of New Hires has advised this agency that you began employment with PEOPLEREADY INC on April 2, 2021.

Our records indicate that you have continued filing your weekly certifications beyond April 2, 2021. This employer is currently being contacted and asked to provide this agency with information regarding your gross weekly earnings. **If you continue to file weekly certifications you must report gross weekly earnings for any week during which you are employed.** Your response to the questions below is required.

1. If you reported to work with PEOPLEREADY INC, please provide the following information:
   Date you reported to work: _____

2. Are you still employed with PEOPLEREADY INC?

   ☐ Yes    Provide the date you last reported to work    _____
   ☐ No     What is the reason for your separation from the job? _____

3. If you did not report to work with the employer listed, please provide an explanation that may help to clarify why the information provided by the employer is incorrect.
   _____
   _____

Any other comments you wish to make:
   _____
   _____

You are required to respond within (14) days of the mail date listed above. If you did return to work, attach earnings statement(s) with your response. **Failure to return this letter as directed may result in a disqualification for benefits or an overpayment, which you would be required to repay.**

Signature: _____    Date: _____    Telephone No.: _____

If you have questions about this form, please call the Customer Call Center at 888.737.0259.

Please mail or fax completed form to:
   Post Office Box 27967
   Raleigh, NC 27611-7967
   Fax Number: 919.857.1296

Help us prevent UI Fraud by responding timely and accurately to requests for information

NC BI 527_23.0.0

Good Afternoon NAMEROS FORD  Friday, March 19, 2021  My Account  Alert Settings  Help  | Contact | Resources | Sign out

# Division of Employment Security CLAIMANT HOMEPAGE
### North Carolina Department of Commerce

**NAMEROS FORD**  **CLAIMANT ID: 12952263**

| Claim Status | Customer Menu | Claimant Homepage | Change Personal Info | Confirmation History | Debit Card Website |
| Determination History | My Documents | DES Home | | | |

**ADVISEMENT:** Please do not use your Internet browser "Back" buttons. In the event you need to return to a previous page, please utilize the navigation buttons or the menu links above.

410 APT. A WEST MEADOWVIEW ROAD, GREENSBORO NC 27406  Change Personal Info  nameros-ford491@gmail.com

**CLAIMS**  Overpayment Balances

| Program | Effective Date | View Claim History End Date | Maximum Benefit Amount | Weekly Benefit Amount | Earnings Allowance | Total Amount Paid | Status | Confirmation Number | View Initial Claim Summary | View Reactivate History | Remaining Balance Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EUC | 02/21/2021 | 09/04/2021 | 5,360.00 | 134.00 | 26.00 | 402.00 | Open | 30153479 | View | | 4,958.00 |
| UI | 07/26/2020 | 07/24/2021 | 1,608.00 | 134.00 | 26.00 | 1,608.00 | Exhausted | 15976516 | View | View | 0.00 |
| PUA | 03/15/2020 | 09/04/2021 | | | | | Pending | 15976517 | View | | 0.00 |

**PAYMENTS**

| Date Issued | Amount Paid |
|---|---|
| 03/14/2021 | 383.00 |
| 03/07/2021 | 383.00 |
| 02/28/2021 | 383.00 |
| 02/21/2021 | 292.00 |

**ISSUES DELAYING PAYMENT**

| Issue | Complete By | Note |
|---|---|---|

Debit Cards will be issued within 7 to 10 days upon approval of unemployment benefits.

**SMARTLINKS**

Mixed Earners Unemployment Compensation Program

Go to Employment Service

Looking for additional information?

The Unemployment Information Homepage contains links to Frequently Asked Questions, Employment Services, Handbooks, Debit Card Information, Veterans Programs and much more!

Cares Act (sections pertaining to me)   *(South Carolina Heritage Act)

Sec. 1103 - Entrepreneurial Developement
Sec. 1106 - Loan Forgiveness
Sec. 1107 - Direct Appropriations ? (Research)
Sec. 1108 - Minority Business Development Agency
Sec. 1109 - United States Treasury Program Management Authority
Sec. 2108 - Temporary Financing of short-time compensation payments in States with programs in law.


~~Hereos~~ Heroes Act:

Division B: Titles I - III
Division A: Titles I, II, III, IV, V, VI, VIII, IX
Division C: All titles
Division G: All Titles
Division Q: All Titles


Essential workers Act:

Essential Employees section
COVID-19 Leave Benefits; Affected Employees