IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NAMEROS FORD,                      )
                                   )
         Plaintiff,                )
                                   )
    v.                             )    1:22-cv-587
                                   )
NORTH CAROLINA DIVISION            )
OF EMPLOYMENT SECURITY,            )
                                   )
         Defendant.                )

### ORDER

This matter is before the court for review of the Order and Recommendation ("Recommendation") filed on September 20, 2022, by the Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 4.) In the Recommendation, the Magistrate Judge recommends that this action be dismissed pursuant to Section 1915(e)(2)(B). The Recommendation was served on the Plaintiff on September 20, 2022. (Doc. 5.) Plaintiff timely filed Objections. (Doc. 6.)

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has appropriately reviewed the Recommendation as well as Plaintiff's Objections and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 4), is **ADOPTED. IT IS FURTHER ORDERED** that this action is hereby, **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 31st day of March, 2023.

_____
United States District Judge